**Samuel FUNT, Plaintiff-Appellant,**

**v.**

**CITY OF MIAMI BEACH, Defendant-Appellee.**

**No. 31010.**

United States Court of Appeals,
Fifth Circuit.

April 15, 1971.

Eli Breger, North Miami Beach, Fla., for plaintiff-appellant.

Joseph A. Wanick, City Atty., Ira M. Elegant, Miami Beach, Fla., for defendant-appellee.

Before WISDOM, BELL, and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.